**No. 58829.**—Air Express International Agency, Inc. *v.* United States, protest 236347–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence of compliance with the regulations covering free entry of American merchandise, the protest was overruled, following *Maple Leaf Petroleum, Ltd.* v. *United States* (25 C. C. P. A. 5, T. D. 48976).